# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 19 CR 366 (LGS) |
| ) | |
| STEPHEN M. CALK, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF THOMAS HORN IN SUPPORT OF MOTION TO QUASH AND/OR MODIFY TRIAL SUBPOENAS

My name is Thomas Horn and I have personal knowledge of the following facts:

1. I am 51 years old and employed as a Vice President and Commercial Underwriter at The Federal Savings Bank in Chicago, Illinois (the "Bank"). My responsibilities in that capacity are primarily to underwrite commercial loans. I report to James Brennan, who oversees my work. I have worked for the Bank since November 2015. Together, Mr. Brennan and I comprise our department. If we were both unavailable, underwriting for certain loans and other bank functions would not be done.

2. I live at 3475 Summit in Highland Park, Illinois. My office is in the Bank's Lake Forest, Illinois office but I also do work in the Chicago office.

3. I have a number of health conditions that place me in a high-risk category with regard to COVID. I have been diagnosed as obese and pre-diabetic. I also suffer from high blood pressure.

4. Because of these risk factors, I have limited in-person interactions. My job does require that I sometimes deal with "wet" documents that are signed in-person, I have had to go physically to the office from time to time since March 2020. However, I do so as little as possible

consistent with my job responsibilities. I have not traveled by airplane outside of Illinois during the entirety of the pandemic and I have only left Illinois one time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2021

_____
Thomas Horn

2